UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                Plaintiff,

-against-

UNITED STATES DISTRICT COURT,

                Defendant.

20-CV-10995 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

      On July 9, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* case and seeks to proceed IFP. He also submits a motion for extension of time to file notice of appeal and a motion for leave to proceed IFP on appeal (ECF No. 1-1), but he has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the July 9, 2015 order. All other matters are terminated.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  December 29, 2020
          New York, New York

                                                    COLLEEN McMAHON
                                         Chief United States District Judge